RECOMMENDED FOR FULL-TEXT PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 15a0168p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

---

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO-CLC; RONALD D. STRAIT; DANNY O. STEVENS,

　　　　　　　　*Plaintiffs-Appellees,*

*v.*

KELSEY-HAYES COMPANY; TRW AUTOMOTIVE, INC.; TRW AUTOMOTIVE HOLDINGS CORPORATION,

　　　　　　　　*Defendants-Appellants.*

No. 13-1717

---

Appeal from the United States District Court
for the Eastern District of Michigan at Flint
No. 4:11-cv-15497—Gershwin A. Drain, District Judge.

Filed:  July 28, 2015

Before:  MERRITT, SUTTON, and GRIFFIN, Circuit Judges.

---

**ORDER**

---

GRIFFIN, Circuit Judge.   On May 6, 2014, defendants filed a petition for panel rehearing, as well as a motion to stay consideration of the petition for panel rehearing, pending the Supreme Court's decision in *M & G Polymers USA, LLC v. Tackett*, Supreme Court No. 13-1010.   On May 19, 2014, the majority of this panel granted appellant's motion to stay consideration of the petition for rehearing.   On January 26, 2015, the Supreme Court issued its decision in *M & G Polymers USA, LLC v. Tackett*, 135 S. Ct. 926 (2015), which overruled this court's decision in *UAW v. Yard-Man, Inc.*, 716 F.2d 1476 (6th Cir. 1983).

1

We now GRANT appellant's motion for panel rehearing and REMAND the case to the district court for reconsideration, and further proceedings if necessary, in light of the Supreme Court's decision in *Tackett*. The prior opinion of this panel, *United Steel, Paper and Forestry, Rubber, Manufacturing Energy, Allied Industries and Service Workers International Union v. Kelsey-Hayes Co.*, 750 F.3d 546 (6th Cir. 2014), is accordingly VACATED.

MERRITT, Circuit Judge, dissenting. I do not agree that the court should remand this case to the district court. I would conclude this case by deciding that the Kelsey-Hayes employees who are retired are entitled to vested health care benefits under the collective bargaining agreements.